**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
EASTCHESTER TOBACCO & VAPE INC.,
EASTCHESTER SERVICE STATION INC.,
EASTCHESTER SERVICE CENTER INC.,
CHESTNUT MARTS INC., and SCARSDALE
AUTO CLINIC, INC.,

                Plaintiffs,

-against-                            21 **CIVIL** 6996 (VB)

## JUDGMENT

TOWN OF EASTCHESTER, EASTCHESTER
TOWN BOARD, ANTHONY S. COLAVITA,
JOSEPH DOOLEY, LUIGI MARCOCCIA,
THERESA NICHOLSON, SHEILA MARCOTTE,
and TOWN OF EASTCHESTER POLICE
DEPARTMENT,

                Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 1, 2022, the motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      August 1, 2022

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** *K. Mango*

**Deputy Clerk**